UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A. )<br>)<br>Appellant, )<br>v. )<br>) **JUDGMENT**<br>RODNEY ALLEN MCCOWAN and )<br>TRUSTEE GREGORY B. CRAMPTON ) No. 5:18-CV-337-D<br>)<br>Appellees. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES Bank of America's motion to consolidate [D.E. 12], and DISMISSES the appeal.

**This Judgment Filed and Entered on October 11, 2018, and Copies To:**

| | |
|---|---|
| Jason K. Purser | (via CM/ECF electronic notification) |
| William Forrest Braziel, III | (via CM/ECF electronic notification) |
| William P. Janvier | (via CM/ECF electronic notification) |
| Gregory Byrd Crampton | (via CM/ECF electronic notification) |
| Steven Craig Newton, II | (via CM/ECF electronic notification) |

DATE **PETER A. MOORE, JR., CLERK**

October 11, 2018 By:   /s/ Nicole Sellers

Deputy Clerk